# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 22-2484

———————————————

Kenneth Daywitt; Kenneth Parks; Nicholas Luhmann; Joseph Thomas; Ramone Newell; Allen Pyron

*Plaintiffs - Appellants*

v.

Jodi Harpstead, in their official and individual capacities; Nancy Johnston, in their official and individual capacities; Kathryn Schesso, in their official and individual capacities; Peter Puffer, in their official and individual capacities

*Defendants - Appellees*

————————

Appeal from United States District Court
for the District of Minnesota

————————

Submitted: November 14, 2022
Filed: November 17, 2022
[Unpublished]

————————

Before BENTON, ERICKSON, and KOBES, Circuit Judges.

————————

PER CURIAM.

Minnesota civil detainees Kenneth Daywitt, Kenneth Parks, Nicholas Luhmann, Joseph Thomas, Ramone Newell, and Allen Pyron appeal the district

court's[1] dismissal of their pro se complaint for failure to state a claim.  After careful de novo review, <u>see</u> <u>Levy v. Ohl</u>, 477 F.3d 988, 991 (8th Cir. 2007) (standard of review), we find no basis for reversal.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Wilhelmina M. Wright, United States District Judge for the District of Minnesota.